**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6567**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

LENNELL DYCHES,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior District Judge.  (8:06-cr-00136-JFA-1)

_____

Submitted:  June 25, 2015              Decided:  June 30, 2015

_____

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lennell Dyches, Appellant Pro Se.  Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lennell Dyches appeals the district court's order denying his self-styled "Motion to Dismiss for Lack of Territorial Jurisdiction[.]" We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Dyches, No. 8:06-cr-00136-JFA-1 (D.S.C. Apr. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED